**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 108.237.78.182,<br><br>　　　Defendant. | Case Number: 1:16-cv-01061-AWI-SKO<br><br>**ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT**<br><br>**(Doc. 10)** |

　　　THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised hereby:

　　　ORDER AND ADJUDGES that Plaintiff's Motion is granted.  Plaintiff shall have until December 21, 2016, to effectuate service of a summons and complaint on Defendant.

　　　IT IS SO ORDERED.

　　　Dated:　**October 20, 2016**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE