**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 108.237.78.182,<br><br>　　Defendant. | Case Number: 1:16-cv-01061-AWI-SKO<br><br>**ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT**<br><br>**(Doc. 14)** |

　　THIS CAUSE came before the Court upon Plaintiff's Second Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised hereby:

　　ORDER AND ADJUDGES that Plaintiff's Motion is granted.  Plaintiff shall have until March 19, 2017, to effectuate service of a summons and complaint on Defendant.

　　IT IS SO ORDERED.

　　Dated:   **December 19, 2016**　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

Order on Plaintiff's Second Motion for Extension of Time Within Which to Serve Defendant
Case No.: 1:16-cv-01061-AWI-SKO