# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | Case No. 1:16-cv-01061-AWI-SKO |
| Plaintiff, | **ORDER DIRECTING THE CLERK TO CLOSE CASE** |
| v. | **(Doc. 28)** |
| RUBEN PASION, | |
| Defendant. | |

Plaintiff has filed a Notice Voluntary Dismissal Without Prejudice, in which Plaintiff notifies the Court that this matter is voluntarily dismissed without prejudice. (Doc. 28.) Plaintiff filed this voluntary dismissal before Defendant filed an answer or a motion for summary judgment. As such, this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **June 28, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE